IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

SHANNON JARNIGAN )
)
v. ) NO. 3:10-1034
)
JEWEL STEELE, et al. )

**O R D E R**

The evidentiary hearing currently scheduled in this action for Wednesday, September 14, 2011, is CANCELLED pending a ruling on the motion to dismiss (Docket Entry No. 22) and second motion to dismiss (Docket Entry No. 28) filed by Defendants Jewel Steele, Gilbert Mathis, Marcus Hornsby, and Sunny Morse. The hearing may be rescheduled as appropriate upon resolution of the two pending motions.

So ORDERED.

_____
JULIET GRIFFIN
United States Magistrate Judge